```
McGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorneys
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> ) <br> v. ) <br> ) <br> RICARDO FRAIRE, ) <br> ) <br> Defendant-Appellant. ) <br> ) <br> _____ ) | NO. 1:08-cr-00140 LJO <br><br> STIPULATION TO CONTINUE <br> APPELLEE'S BRIEF Due <br> Date; ORDER THEREON |

WHEREAS, through an apparent error in the electronic filing system, the briefing schedule and Opening Brief of Appellant, filed July 9, 2008, was not served on the Plaintiff-Appellee until August 5, 2008;

WHEREAS, attorney for Plaintiff-Appellee will be out of the office on vacation for the week of August 18, 2008

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff-Appellee and DOUGLAS J. BEEVERS, attorney for Defendant-Appellant, that the filing of

1

Plaintiff-Appellee's brief, be continued to **September 2, 2008**. The Defendant-Appellant's reply brief shall be due by **September 9, 2008.**

                      Respectfully submitted,

                      McGREGOR W. SCOTT
                      United States Attorney

Dated: August 12, 2008     By   /S/Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U. S. Attorney

Dated: August 12, 2008         /s/Douglas J. Beevers
                                      DOUGLAS J. BEEVERS
                                      Attorney for Defendant

## **ORDER**

IT IS SO ORDERED.

**Dated:   August 13, 2008**        **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE