McGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorneys
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO. 1:08-cr-00140 LJO |
| ) | |
| Plaintiff-Appellee,  ) | STIPULATION TO CONTINUE |
| ) | APPELLEE'S BRIEF; ORDER |
| ) | THEREON |
| v.                      ) | |
| ) | |
| RICARDO FRAIRE,                     ) | |
| ) | |
| Defendant-Appellant. ) | |
| ) | |
| _____) | |

WHEREAS, through an apparent error in the electronic filing system, the briefing schedule and Opening Brief of Appellant, filed July 9, 2008, was not served on the Plaintiff-Appellee until August 5, 2008;

WHEREAS, attorney for Plaintiff-Appellee was out of the office on vacation for the week of August 18, 2008;

WHEREAS, because of the press of business in other cases, including preparation for an evidentiary hearing on a sentencing issue, preparation for a jury trial commencing September 16, 2008, and preparation for another jury trial commencing September 23,

2008, Plaintiff-Appellee and Defendant-Appellant have agreed to extend the briefing schedule on this appeal by 4 weeks;

WHEREAS, this is the first requested stipulated continuance of the briefing schedule since the Opening Brief of Appellant was served on the Plaintiff-Appellee;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff-Appellee and DOUGLAS J. BEEVERS, attorney for Defendant-Appellant, that the filing of Plaintiff-Appellee's brief, be continued to **September 30, 2008.** The Defendant-Appellant's reply brief shall be due by **October 7, 2008.**

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: September 2, 2008       By   /S/Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U. S. Attorney


Dated: September 2, 2008            /s/Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   September 3, 2008**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2